## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **POLLACK BELZ COMMUNICATION COMPANY, INC.** | ) ) ) | |
| **Plaintiff,** | ) ) | **Docket No.: 2:19-cv-02277** |
| **v.** | ) | **JURY DEMAND** |
| **FEDERAL INSURANCE COMPANY,** | ) ) ) | |
| **Defendants.** | ) | |

### STIPULATION AND ORDER OF COMPROMISE AND DISMISSAL

**IT APPEARING TO THE COURT** that the parties herein stipulate that the claims in this case are disputed, as is liability, and that all things and matters in controversy as it pertains or relates to the incident at issue and/or to the claims in this suit have been resolved and/or compromised, that the compromise bars any further claims by or on behalf of the Plaintiff as against the Defendant, and that as part of the compromise agreement, the Plaintiff is fully responsible for the satisfaction of any liens, subrogation claims or other similar claims pertaining to this suit and pertaining to the subject matter of this suit. It is further stipulated that this case shall thus be **dismissed with prejudice** and upon the merits.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that this case is hereby dismissed with prejudice and upon the merits. Each party is responsible for their own discretionary costs.

It is so **ORDERED**.

**ENTERED** this the_____ day of _____, 2020.

_____
**JUDGE SAMUEL MAYS, JR.**
**UNITED STATES DISTRICT JUDGE**

**APPROVED FOR ENTRY BY:**

/s/ *John T. Reese*
John (Jack) T. Reese #16266
**SPICER RUDSTROM, PLLC**
414 Union Street
Suite 1700
Nashville, TN 37219
jreese@spicerfirm.com
Telephone:      (615) 259-9080 ext. 106
Facsimile:       (615) 259-1522

/s/ *Richard D. Underwood*
Richard D. Underwood
**FARRIS, BOBANGO, PLC**
999 S. Shady Grove Road
Suite 500
Memphis, TN 38120

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the above has been served electronically through the court's electronic filing system to:

Richard D. Underwood
Farris, Bobango PLC
999 S. Shady Grove Road
Suite 500
Memphis, TN 38120

This 23rd day of March, 2020.

/s/*John T. Reese*