# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| POLLACK BELZ COMMUNICATION, COMPANY, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL INSURANCE COMPANY, )<br>)<br>)<br>Defendants. ) | No.: 2:19-cv-2277-JPM-jay |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' March 23, 2020 stipulation of compromise and dismissal with prejudice. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the parties' stipulation of dismissal with prejudice (D.E. 16), this action is DISMISSED WITH PREJUDICE, with each side to bear its own costs and fees.

**IT IS SO ORDERED**, this 30th day of March, 2020.

*/s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE